IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01970-RPM

BRIAN DASCHER,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

     Defendant.

_____

ORDER VACATING SCHEDULING/PLANNING CONFERENCE
_____

     Upon reassignment of this civil action and this Court's case management procedures, it is

     ORDERED that the scheduling conference set before Magistrate Judge Michael E. Hegarty on October 1, 2014, is vacated.

     DATED: August 11th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge