IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01970-RPM

BRIAN DASCHER,

    Plaintiff,
v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Joint Stipulation for Dismissal [13] filed November 18, 2014, it is

    ORDERED that this action is dismissed with prejudice with the parties to bear their own legal fees and costs.

    DATED: November 19th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge